## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMMIE E. LANE,** | : | **CIVIL ACTION NO. 1:17-CV-1576** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **EXEL INC., d/b/a EXEL LOGISTICS,** | : | |
| **n/k/a/ DHL, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of March, 2018, upon consideration of the motion (Doc. 5) filed by defendant DHL, Inc. ("DHL"), seeking to dismiss Count II of the complaint (Doc. 1) filed by plaintiff Samme E. Lane ("Lane"), and DHL's brief (Doc. 6) in support of said motion, and the court observing that DHL's motion (Doc. 5) is unopposed, (see Docs. 9, 10), and for the reasons stated in the accompanying memorandum, is hereby ORDERED that:

1. DHL's partial motion (Doc. 5) to dismiss is GRANTED.

2. Lane's Title VII claim (Count II) is DISMISSED with prejudice.

3. DHL shall respond to Lane's complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania