# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAMMIE E. LANE,** | : | **CIVIL ACTION NO. 1:17-CV-1576** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **EXEL, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on August 15, 2018, and the results of that conference are indicated below:

__X__    The case has been completely settled.

_____    No settlement reached.

_____    The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

Date: August 15, 2018

                                              s/  Helen L. Gemmill, PA60661
                                              Signature of Mediator

                                              Helen L. Gemmill
                                              Name of Mediator
                                              Telephone: (717) 237-5273